IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

L.C. MORRIS                                                                              PLAINTIFF

v.                                        Civil No.13-cv-4059

PILGRIM'S PRIDE CORPORATION
and RANDY MCLELLAND                                                          DEFENDANTS

## JUDGMENT

Before the Court is a Motion for Summary Judgment (ECF No. 19) filed on behalf of the Defendants Pilgrim's Pride Corporation and Randy McLelland. Plaintiff L.C. Morris has responded. (ECF No. 24). Defendants have replied. (ECF No. 27). Upon consideration, for the reasons discussed in the Memorandum Opinion of even date, the Court finds that the motion should be and hereby is **GRANTED**. Accordingly, Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 15th day of July, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge